UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JEAN M. ALLEWELT; OAK POINT PARTNERS, INC.; TRI VALLEY GROWERS; and DOES 1 TO 10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.  11-CV-00902-JAM-GGH<br><br>**ORDER GRANTING STIPULATION FOR DISCHARGE, DISMISSAL OF ACTION, AND DISBURSEMENT** |

　　　Plaintiff Sun Life Assurance Company of Canada ("Sun Life"), Defendant Jean M. Allewelt ("Allewelt"), and Defendant Oak Point Partners, Inc. ("Oak Point Partners") having stipulated and good cause appearing thereof, IT IS HEREBY ORDERED that:

　　　1.　Tri Valley Growers is dismissed with prejudice from this action.

　　　2.　Oak Point Partners has represented that through the Purchase Agreement and Assignment of Claims and Interests entered into between Oak Point Partners and the Post-Confirmation Committee of Unsecured Creditors and the Post-Confirmation Responsible Officer John L. Peel of Tri Valley Growers

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9592-6793 v1   - 1 -   CASE NO. 11-CV-00902-JAM-GGH
PROPOSED ORDER GRANTING STIP FOR
DISCHARGE, DISMISSAL &DISBURSEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  Bankruptcy Estate, Oak Point Partners has acquired and maintains all of Tri Valley
2  Growers' claimed interests in the assignment as collateral security ("Assignment")
3  from William F. Allewelt and/or Jean M. Allewelt to Tri Valley Growers of Sun
4  Life Permanent Life Insurance Policy No. 5975094 ("Policy") that was issued to
5  William F. Allewelt, now deceased.

6      3.     Sun Life is hereby and shall be discharged from any liability to
7  Defendants Allewelt and Oak Point Partners to the full extent permitted by law with
8  respect to the Policy.

9      4.     Defendants shall be restrained from taking, or proceeding with or
10 commencing any action against Sun Life or its present, former, and future officers,
11 directors, shareholders, employers, employees, parents, subsidiaries, affiliates,
12 reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and
13 assigns, for or on account of any transaction, matter, happening or thing in any way
14 arising out of or relating to the rights and obligations of the parties with respect to
15 the Policy, and/or with respect to benefits due under the Policy.

16     5.     Sun Life shall be paid the sum of $3,250 (at the sole cost to Oak Point
17 Partners in the manner set forth in paragraph 6) as reasonable attorney's fees and
18 costs incurred in bringing its Complaint in Interpleader, to be paid out of the
19 proceeds deposited with the Clerk of this Court. The check for the **$3,250** shall be
20 made payable to "Sun Life Assurance Company of Canada" and mailed to its
21 attorneys of record, Keiko J. Kojima, Esq., Burke, Williams & Sorenson, LLP, 444
22 S. Flower St., Suite 2400, Los Angeles, CA 90071.

23     6.     Oak Point Partners shall be paid the sum of $61,329 less $3,250, which
24 shall be paid to Sun Life as described in paragraph 6 above, to be paid out of the
25 proceeds deposited with the Clerk of this Court. The check for the **$58,079** shall be
26 made payable to "Oak Point Partners, Inc." and mailed to Janice A. Alwin, Esq.,
27 Vice President and General Counsel, Oak Point Partners, Inc., 1540 E. Dundee Rd,
28 Ste 240, Palatine, IL 60074. Oak Point Partners agrees to indemnify and hold

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9592-6793 v1      - 2 -      CASE NO. 11-CV-00902-JAM-GGH
PROPOSED ORDER GRANTING STIP FOR
DISCHARGE, DISMISSAL &DISBURSEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  harmless Allewelt against claims of any third party holding a valid and superior
2  interest to the Assignment of Policy benefits.

3      7.    After the payments described in paragraph 5 and 6, the remaining
4  funds on deposit with the Court in the approximate sum of **$143,476.33, plus any**
5  **accrued interest thereon**, shall be distributed in its entirety to Allewelt, payable to
6  "Jean M. Allewelt" and mailed to her attorney, Marion L. Cantor, Esq., Cantor &
7  Company, A Law Corporation, 1105 Kennedy Place, Suite 6, Davis, CA 95616.
8  Allewelt shall not be responsible for any fees or costs in this matter.

9      8.    This action, including the Complaint shall be dismissed in its entirety
10 with prejudice as to all parties.

12 IT IS SO ORDERED.

14 Dated: April 12, 2011        /s/ John A. Mendez
15                             HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9592-6793 v1      - 3 -      CASE NO. 11-CV-00902-JAM-GGH
PROPOSED ORDER GRANTING STIP FOR
DISCHARGE, DISMISSAL &DISBURSEMENT

PDF created with pdfFactory trial version www.pdffactory.com